# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
11-cv-01273 (PAM/SER)

_____

William J. Paatalo,

      Plaintiff,

vs.

CitiMortgage, Inc., John C. Palmer,
James A. Zachmann, Mary Ellen Zachmann
and ABC Corporation,

      Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation to Dismiss and Withdrawal of Plaintiff's Remaining Claims [Docket No. 18] entered into by Plaintiff William J. Paatalo and Defendant CitiMortgage, Inc. in the above captioned matter, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the claims made by Plaintiff William J. Paatalo against Defendants CitiMortgage, Inc., John C. Palmer, James A. Zachmann, Mary Ellen Zachmann and ABC Corporation in the above-captioned action are hereby dismissed with prejudice and on the merits, without costs or fees awarded to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 30, 2011        s/Paul A. Magnuson
                                              PAUL A. MAGNUSON
                                              United States District Court Judge